CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

August 04, 2026

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE  DIVISION

| | |
|---|---|
| **ISAIAH DEMARCUS GORDON,** ) | |
| ) | |
| Plaintiff,  ) | Case No. 7:26CV00418 |
| ) | |
| v.  ) | **OPINION** |
| ) | |
| **OFFICER CAMBELL,**  ) | JUDGE JAMES P. JONES |
| ) | |
| Defendant.  ) | |

*Isaiah Demarcus Gordon, Pro Se Plaintiff.*

The plaintiff filed this action under 42 U.S.C. § 1983, using a § 1983 complaint form, alleging that an officer used excessive force against him.  The complaint form directed Gordon to provide the name and address of his current facility.  Upon Gordon's submission of his Complaint, on June 25, 2026, the court entered an Order conditionally filing the civil action pending satisfaction of certain requirements to be completed within thirty days.  By the same Order, Gordan was directed to notify the court in writing immediately upon his transfer or release from his facility and provide a new address.  He was warned that failure to notify the court of an address change would result in dismissal of the case.

The Clerk mailed the June 25, 2026, Order to the address Gordon provided on his Complaint; however, the mailing was returned to the court on July 7, 2026, with no forwarding address provided.  The returned envelope included a stamp stating,

"NOT AT THIS FACILITY."  Mail. Ret., Dkt. No. 4.  No further correspondence has been received from Gordan.

Without a current mailing address, the court cannot communicate with Gordon regarding next steps in the litigation and the matter is prevented from proceeding.  Accordingly, the court concludes that Gordan may have lost interest in prosecuting this action and will, therefore, dismiss it without prejudice.  *See Burrell v. Shirley*, 142 F.4th 239, 249 (4th Cir. 2025) (providing that Federal Rule of Civil Procedure 41(b) provides an explicit basis for courts to dismiss a case for failure to prosecute or comply with court orders).

For these reasons, the Complaint will be dismissed without prejudice, and a separate Judgment will be entered.

ENTER:   August 4, 2026

/s/  JAMES P. JONES
Senior United States District Judge